(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. §.1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: ~~[illegible]~~

FILED BY ___ D.C.

JAN 24 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CLEVELAND L. COOLEY JR.**
(Enter the full name of the plaintiff in this action)

v.

**JACK FUCHS · ASA**

&

**IN The County Court of The fifteenth Judicial Circuit IN AND for Palm Beach County Florida - Criminal Division Circuit/County Court**
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: CLEVELAND L. COOLEY JR.

Inmate #: 0248969

Address: ~~[scratched out]~~ 1675 Florida Mango Rd Apt# 10 W.P.B, FL, 33406

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: JACK FUCHS

is employed as ASSISTANT STATE ATTORNEY

at Palm Beach County Florida Circuit/County Court

C. Additional Defendants: Palm Beach Beach County Florida Circuit County Court Criminal Division U

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____
_____

**II.   Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

I WENT TO COURT ON DECEMBER 19, 2024 8:30 A.M. TO 11:30 A.M. AND THEY BROUGHT ME IN TO COURT WITH MY CO-DEFENDANT AND ALSO I WAS SITTING NEXT TO NICHOLAS SEMERTINO AND ALSO IT'S ON VIDEO AND LIKE RECORDING. FROM THAT I HAVE A CURRENT CIVIL CASE ALREADY GOING ON WITH PBSO SO NOW BEING THAT JACK FUCHS A.S.A. IS THE STATE ATTORNEY ON CASES HE SHOULD BE WELL AWARE THAT ME AND MY CO-DEFENDANT SHOULDN'T EVEN BEEN IN COURT ON THE SAME DAY ESPECIALLY SITTING NEXT TO ONE ANOTHER YOU CAN LOOK AT VIDEO FROM DATES AND

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Time that are up above this clearly violates all my Amendements And it's Unconstitutional To my right's And No Orders of Court Are Being followed AND IT Gives rise To An Actual of A Conflict of Intrests.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court To Dismissal my current charges AND Reinstate my probation these cases I want Dismissed
50-2024-CF-007627-AXXX-MB
50-2024-CF-007629-AXXX-MB
These Cases There Were 2 No Contact Orders for AND would like A Sum Of $250,000.00

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

Page 4 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this 22nd day of December, 2024

_Cleveland L. Cooley Jr._
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: December 22, 2024

_Cleveland L. Cooley Jr._
(Signature of Plaintiff)

Cleveland Coley 02489169
West Detention Center
P.O. Box 1450
Belle Glade, FL 33430

WEST PALM BEACH   JAN 16 2025

United States District Court
Southern District of Florida
Office of the Clerk ROOM 8N09
400 North Miami Ave
Miami, FL 33128-7716

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
JAN 24 2025
REC'D BY: __
D.C.

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is ___
The Sheriff Cannot Assume Responsibility
For Its Contents

LEGAL MAIL